```
            IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                    HOT SPRINGS DIVISION
```

JOHN WESLEY LAFEVER                                        PLAINTIFF

    v.                          No. 05-6068

JACKIE NEWBORN and
TROY TUCKER                                               DEFENDANTS

### ORDER

Now on this 27th day of August 2007, there comes on for consideration the report and recommendation filed herein on August 2, 2007, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 19). The parties have not filed any objections to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendants' motion for summary judgment (Doc. 14) is GRANTED and this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

                                    /s/ Robert T. Dawson
                                    Honorable Robert T. Dawson
                                    United States District Judge